UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20668-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SUNIL CHOPRA,

    Defendant,

    and

FIDELITY MANAGEMENT TRUST COMPANY;
FIDELITY BROKERAGE SERVICES, LLC;
PAI TRUST COMPANY, INC.

    Garnishees.
_____/

## GOVERNMENT'S AGREED MOTION FOR APPROVAL OF STIPULATION REGARDING RESTITUTION

Plaintiff, by and through the undersigned counsel, respectfully moves for the entry of an Order approving the Stipulation Regarding Restitution, modifying the Special Conditions of Supervision to allow the Defendant to borrow money to pay toward his restitution, and allowing the Court to maintain jurisdiction to enforce the terms of the Stipulation Regarding Restitution..

### Memorandum of Law

1.     On March 9, 2020, the Court entered an Amended Judgment which required the Defendant Sunil Chopra to pay an assessment of $100.00, a fine of $25,000.00 and restitution in the amount of $750.000.00.  (D.E. 541).

2. On August 21, 2020 the Clerk of Court issued a Writ of Garnishment to Fidelity Investments, directing it to withhold from Defendant Sunil Chopra any property in its possession, custody or control, in which Defendant Chopra has a substantial nonexempt interest. [D.E. 638].

3. On August 31, 2020, Fidelity Investments filed its Answer to the Writ, naming Fidelity Management Trust Company and Fidelity Brokerage Services LLC as entities holding four accounts with funds belonging to Defendant Sunil Chopra. (D.E. 642).

4. On August 26, 2020, the Clerk of Court issued a Writ of Garnishment to PAi Trust, directing it to withhold from Defendant Sunil Chopra any property in its possession, custody or control, in which Defendant Chopra has a substantial nonexempt interest. (D.E. 640)

5. On September 3, 2020 PAi Trust filed its answer to the Writ, indicating that it holds an account containing funds belonging to Defendant Sunil Chopra. (D.E. 648).

6. The parties have reached an agreement and executed a Stipulation Regarding Restitution, which provides for the payment of the fine and restitution over time, the writs to remain in full force and effect until Defendant Chopra's restitution obligation has been paid in full. A copy of that Stipulation Regarding Restitution is attached hereto and labeled Exhibit A.

7. The Stipulation contemplates that Defendant Chopra will borrow $150,000 to make a payment toward his restitution. The parties request that the Defendant's Special Conditions of Supervision be modified to allow the Defendant the funds set forth in the Stipulation Regarding Restitution.

8. The parties also request that the Court maintain jurisdiction to enforce the terms of the Stipulation.

9. Defendant's counsel has no objection, and is in agreement with this Motion.

WHEREFORE, based on the foregoing, the United States of America respectfully requests entry of an order approving and ordering compliance with the Stipulation of the parties, permitting the defendant to take on new debt as set forth in the stipulation, and maintaining jurisdiction to enforce its terms,.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Brett R. Geiger
Assistant U.S. Attorney
Fla. Bar No. A5502622
99 N. E. 4th Street, Suite 300
Miami, Florida 33132-2111
Tel No. (305) 961-9190
Fax No. (305) 530-7139
E-mail: Brett.Geiger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March  24 , 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

_____
Brett R. Geiger
Assistant U.S. Attorney