UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20668-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

SUNIL CHOPRA,

    Defendant,
and

FIDELTIY MANAGEMENT TRUST COMPANY;
FIDELITY BROKERAGE SERVICES, LLC;
PAI TRUST COMPANY, INC.

    Garnishees
_____/

## ORDER ON UNITED STATES' MOTION TO APPROVE STIPULATION REGARDING RESTITUTION

**THIS CAUSE** came before the Court upon Plaintiff, the United States of America's Motion for Approval of Stipulation Regarding Restitution (D.E. 702). The Court has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** as follows:

1. The Motion for Approval of Stipulation Regarding Restitution **(D.E. 702)** is hereby **GRANTED.** The Stipulation is approved, and the parties are ordered to comply with the provisions set forth herein.

2. Defendant Chopra's special conditions of supervision are hereby modified to allow the Defendant to borrow $150,000, which shall be applied toward his restitution judgment.

3. The Court shall retain jurisdiction to enforce the terms of the Stipulation and this Order.

**DONE AND ORDERED** at West Palm Beach, Florida this 26th day of March, 2021.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record