UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20668-DMM

UNITED STATES OF AMERICA

       Plaintiff,

vs.

SUNIL CHOPRA,

       Defendant.
_____/

## MOTION FOR PERMISSION TO RELOCATE

COMES NOW the DEFENDANT, Sunil Chopra, by and through undersigned counsel, and respectfully moves this Court to grant his motion for permission to relocate to Reno, NV. In support thereof, Mr. Chopra would state the following:

1. On May 26, 2020, Mr. Chopra filed an amended motion for compassionate release (DE 586). On July 24, 2020, the Court entered a revised order granting his motion (DE 627).

2. In its order, the Court imposed a special term of supervised release equal to his remaining term of imprisonment. A special condition of this special term is home confinement with location monitoring. The Court ordered this special term to be followed by the originally ordered three-year term of supervision.

3. Pursuant to the special condition of location monitored home confinement, the Court ordered the defendant to wear an electronic monitoring device and follow the electronic monitoring procedures as instructed by the U.S. Probation Officer. The Court further stipulated that the defendant shall remain at his place of residence except for employment, religious observances, medical appointments, and other activities approved in advance and provide the U.S. Probation Officer with requested documentation.

4. After his release from prison, Mr. Chopra secured employment as a logistics manager with Home Furniture International, a furniture designer and manufacturer serving the continental United States. In his position, he assists with the import, delivery, and distribution of the company's shipments from Asia and works on pricing and negotiation with vendors. The company currently has one warehouse in Los Angeles, having had three warehouses before the pandemic.

5. This Court previously granted Mr. Chopra's motion for permission to travel for business purposes (D.E. 708), wherein, Mr. Chopra explained how his employer had offered him an opportunity to expand his responsibilities by assisting the company in planning and setting up a distribution and manufacturing hub in the Nevada area. He further indicated that he would be seeking the Court's permission to relocate to Nevada in the near future (D.E. 705).

6. Additionally, Mr. Chopra's wife has received an employment transfer to Reno, Nevada effective February 1st, and will be required to

relocate to Reno by the end of February. The couple is planning to relocate on February 25th.

7. Undersigned counsel has communicated with Mr. Chopra's location monitoring officer, Shalimar Hooks, who does not oppose Mr. Chopra relocating to Nevada.

8. Undersigned counsel has attempted to communicate with AUSA David Turken regarding the Government's position on the motion but has not received any response.

WHEREFORE the DEFENDANT respectfully requests this Honorable Court for the entry of an order giving him permission to relocate to Reno, NV on February 25th and transferring his location monitored home confinement to the District of Nevada.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to AUSA David Turken, as well as all counsel of record via transmission of notices of electronic filing generated by CM/ECF, on this 16th day of February 2022.

                                                  Respectfully submitted,

                                                  The Edelstein Firm
                                                  4770 Biscayne Blvd., Ste. 1250
                                                  Miami, Florida  33137
                                                  Tel: 305.538.4545
                                                  Fax: 305.535.7655

                                      BY:     s/*David M. Edelstein*
                                                        David M. Edelstein
                                                         Florida Bar No: 063665
                                                         Attorney for Defendant