UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20668-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SUNIL CHOPRA,

    Defendant.
_____/

### ORDER ON MOTION FOR PERMISSION TO RELOCATE

**THIS CAUSE** comes before the Court upon Defendant's Motion for Permission to Relocate (D.E. #755). Defendant is requesting permission to relocate to Reno, Nevada and transfer his location monitored home confinement to the District of Nevada. After reviewing the Defendant's motion, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Permission to Relocate to Reno, Nevada (**D.E. #755**) is hereby **GRANTED**. The Defendant's home confinement with electronic monitoring shall be transferred to the District of Nevada.

**DONE AND ORDERED** at West Palm Beach, Florida this 17th day of February, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record