UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20668-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

SUNIL CHOPRA,
    Defendant,

and

FIDELITY INVESTMENTS;
    Garnishee.
_____/

**ORDER ON MOTION TO RELEASE ACCOUNTS FROM WRIT OF GARNISHMENT**

This matter is before the Court on the parties Agreed Motion to Release Accounts from Writ of Garnishment. The Court having considered the Motion and being otherwise fully advised in the premises; it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Fidelity Investments is directed to release account number XXX-XX2363 belonging to A.A.C., and account number XXX-XX2364 belonging to S.I.C., which shall no longer be subject to the writ of garnishment [D.E. 638]. The writ of garnishment shall otherwise remain in full force and effect as to any other accounts in which the Defendant has an ownership interest.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 10th day of March, 2022.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record